IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 JUN 25 PM 4: 13

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. **18 -CV - 01587**

_____
(To be supplied by the court)

Kevin Gomez
_____, Plaintiff

v.

Denver Police Dept.
_____,

Officer Mathew Clements (Arresting Officer and accompanying DRUG TASK FORCE)
_____,

Sgt. Antonio Milo (Investigating Officer)
_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Kevin Gomez 4664 Sable St. Denver, Colorado 80239
_____
(Name and complete mailing address)

720)317-4845   mistermalix@yahoo.com
_____
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Denver Police Dept. 1331 Cherokee St.    Denver, Colorado 80204
_____
(Name and complete mailing address)

720)913-2000
_____
(Telephone number and e-mail address if known)

Defendant 2:  Officer Mathew Clements    1331 Cherokee St. Denver, Colorado 80204
_____
(Name and complete mailing address)

720)913-2000
_____
(Telephone number and e-mail address if known)

Defendant 3:  Sgt. Antonio Milo    1331 Cherokee St. Denver, Colorado 80204
_____
(Name and complete mailing address)

720)913-2000
_____
(Telephone number and e-mail address if known)

Defendant 4:  _____
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

4th Amendment to the US Constitution

_____

☐    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of Colorado_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## (Background of Case)        Page 1

On 10/25/2017 at approximately 1755 hrs. I was pulled over while driving in the vicinity of 1100 18th St. in downtown Denver by arresting Officer Matthew Clements along with a team of officers I presume to be a Denver Police Drug Task Force team. The officers alleged that someone in my vehicle had made a drug sale and proceeded to threaten that if I did not tell them who it was they were going to impound my vehicle. I told the officers that I knew nothing of a drug sale so they proceeded to search me along with the two passengers in my vehicle. They also searched my vehicle without my permission! No drugs of any kind were ever found on me, on any of the passengers in my vehicle, or in my vehicle itself! No money of any sort or evidence to suggest that there was a drug sale were ever found.

Officers repeatedly tried to coerce me into saying that one of the passengers in my car was responsible for a drug sale that never happened.

At this time I was told I had an outstanding warrant that supposedly had just come out that day. I asked that my vehicle be released to the female passenger in the car which they refused. The passengers in the car were allowed to leave. I was arrested and my vehicle was towed.

During the time of incarceration I tried repeatedly to contact the vehicle impound lot to find out the status of my vehicle to no avail because the telephone number that they provided was not valid! The deputies on duty refused to provide me with a valid telephone and told me that the number they had listed to the impound lot was the only one they could give me.

During my time of incarceration I filed a complaint with Internal Affairs and the office of the Independent Monitor! I reported the illegal threats, coercion and the impoundment of my vehicle. I spoke with Sgt. Stein who received my complaint but he did nothing to rectify the situation.

Upon my release from custody I was finally able to contact the impound lot. I was told that they did have my vehicle. I was also told there was a hold on my vehicle by the Nuisance Abatement Unit of the Denver Police Department. They said I would need to speak with Sgt. Antonio Milo (the officer in charge of the investigation regarding allegations of a drug sale by the Denver Police Dept.)

I called the telephone number to Nuisance Abatement (Sgt. Milo) for several days before someone finally answered the phone. It was several more days before I was actually able to speak with Sgt. Milo. to discuss the situation.

Sgt. Milo told me that he would send a request for release form to the City Attorney's Office. On two occasions over the next few days I was told at the city attorney's office that they had not received any communication from Sgt. Milo. They also said they had sent e-mails to Sgt. Milo concerning the release form and requested more information. However, Sgt. Milo had not responded to their e-mails.

I then went over to the administration building of the Denver Police Dept. and requested to speak with Sgt. Milo. They proceeded to page Sgt. Milo. After waiting more two hours I went back to the window only to be told that Sgt. Milo was gone for the day and (since it was Friday) he would not be returning to work until Monday.

On Monday, I went back to the administration building and asked to speak to Sgt. Milo. Sgt. Milo came out and told me that he had sent the vehicle release form over to the city attorney's office. I also

asked Sgt. Milo if he would waive the storage fees for the impound and he told me that I should talk to the city attorney's office that they were the ones who could authorize the storage fees being waved. I went back over to the city attorney's office. I was told that they had received the vehicle release form and they had authorized the release of vehicle. They explained that they told Sgt. Milo there was no basis for a case to be filed in this matter and would not be filing any charges. They also said that Sgt. Milo was responsible for waiving those storage fees.

At this point I began to gather together the money needed to retrieve my vehicle from the impound lot.

When I went to retrieve my vehicle I started my engine and immediately began to smell a very strong odor. As I proceeded to drive my vehicle home my car stopped and I couldn't get it started again, so I called a tow truck

Upon inspection by my mechanic, the problem was caused by a bad fuel pump and clogged fuel system Upon closer inspection he found that the fuel pump as well as the gas tank contained a substance that resembled salt. After changing the fuel pump and fuel filters and cleaning the gas tank I was finally able to drive my vehicle again!

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Expenses _____

Supporting facts: Storage fees and all expenses incurred during the seizure of my

NEXT

PAGE

4

## First Claim For Relief

## And Supporting Factual Allegations

(1)  Storage fees and all expenses incurred during the seizure of my vehicle. False accusations of a drug sale. Endangerment during traffic stop and attempted drug bust. (During traffic stop I was approached at gunpoint. One false move and it could have cost me my life. They put me in a life threatening situation.

(2) False accusations of a drug sale without basis or cause. Threats of impoundment. Coercion tactics (trying to get me to implicate another person in a drug sale that never happened. Illegal seizure of my vehicle. My vehicle was impounded and held for no reason. I was unable to retreive my vehicle because it was under investigation. Sgt. Milo was in charge of the investigation. Once I was able to get my vehicle released I had to pay the storage fees, repairs to my vehicle, tow fees etc.... I loss the use of vehicle, having to rely on public transportation.

CLAIM TWO: ___Pain and Suffering_____

Supporting facts: Without the use of my vehicle I was forced to walk or use public +

NEXT

PAGE

## Second Claim For Relief

## And Supporting Allegations

(1) Without the use of my vehicle I was forced to walk or use public transportation. I was temporarily homeless and my vehicle was also a form of shelter. I had to take refuge in the homeless shelters and be subjected to unhealthy situations with people sick with disease. I had to carry all my personal belongings in a backpack. I wasn't allowed to retrieve my coat and other items from my vehicle.

(2) Since a car accident in 2014. I have suffered severe damage to my back and shoulder. I had to do one year of physical therapy. After therapy my condition was somewhat better. However, weeks of lugging around a heavy backpack and being exposed to harsh weather conditions caused me to get sick and re-irritated my back and shoulder, causing me to seek medical attention of a doctor, who prescribed medication and physical therapy once again.

(3)The seizure of my vehicle caused an enormous amount of stress which triggered an ongoing condition of depression in which I have also had to seek treatment for.

CLAIM 3  : <u>Loss of Work, Equipment, Income and potential Income</u>

Supporting facts: When my vehicle was seized I was no longer able to work. I had

NEXT

PAGE

## Third Claim For Relief

## And Supporting Allegations

(1) Loss of work, Equipment and Income. When my vehicle was seized I was no longer able to work. I had been working as a contractor doing painting and drywall repair. I had just contracted an interior paint job, delivered my equipment to the jobsite where I was going to perform my work duties when my vehicle was seized. I was unable to complete the job and also unable to retrieve my tools and equipment before it was discarded. The client was very disappointed! Not only did I lose this job, but any hopes of any future contracts with this client. This was a client I had done numerous jobs before.

(2) I had part time driving work with a business partner, who, after hearing accusations of a drug sale involvement, cut all ties with me. I not only lost income from this job, but all future income from this company. This startup company was one to be rivaled with companies like Uber and Lyft.

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

(SEE NEXT PAGE)

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_06/20/2018_____
(Date)

(Revised December 2017)

6

## Request For Relief

Plaintiff requests the following relief:

    (1)  Expenses                       $8750.00

    (2)  Equipment                   $2000.00

    (3)  Loss of Work               $13,000.00

    (4)  Projected Income and Future Earnings   $1,000,000.00

    (5)  Pain and Suffering         $750,000.00

Total Relief: $1,773,750

Date:    06/20/2018

_____
(Plaintiff's Original Signature)

4664 SABLE ST.
_____
(Street Address)

Denver, Co 80239
_____
(City, State, Zip)

(720) 317-4845
_____
(Telephone Number)